ACCEPTED
02-17-00402-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 11:18 AM
DEBRA SPISAK
CLERK

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC

**301 COMMERCE STREET, SUITE 2900**
**FORT WORTH, TEXAS 76102**

TELEPHONE: 817-348-8325          *jerryjj@airmail.net*          FACSIMILE: 817-348-8329

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 11:18:46 AM
DEBRA SPISAK
Clerk

December 21, 2017

Debra Spisak, Clerk
Tammy Cooper, Deputy Clerk
Court of Appeals, Second District of Texas
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

     Re:    Court of Appeals Number:   02-17-00402-CV
           Trial Court Case Number:    2017-001501-3

Dear Ladies:

This afternoon the Court Reporter informed me, via email, that she filed "a no record letter with the COA." A copy of the email is attached hereto. As for payment arrangements and a designation of the record, such can be found in the Clerk's Record, at pages 33-34, also attached to this letter.

May I safely assume that no further action is required of me in response to your letter of December 20, 2017? If I cannot make that assumption, please let me know. Thank you for your prompt attention to my response.

                     Sincerely,

                     Jerry J. Jarzombek

cc:    Matthew Chappell

*JERRY J. JARZOMBEK – BOARD CERTIFIED*
*CONSUMER AND COMMERCIAL LAW - TEXAS BOARD OF LEGAL SPECIALIZATION*

## Jerry J. Jarzombek

**From:** Shari J. Krieger <SJKrieger@TarrantCounty.com>
**Sent:** Wednesday, December 20, 2017 3:20 PM
**To:** Jerry J. Jarzombek
**Subject:** RE: Reporter's record

I filed a no record letter with the COA.

*Shari J. Krieger, CSR, RMR, TMR*
*Official Court Reporter*
*County Court at Law No. 3*
*Tarrant County, Texas*
*(817) 884-1916*

**From:** Jerry J. Jarzombek [mailto:jerryjj@airmail.net]
**Sent:** Wednesday, December 20, 2017 2:34 PM
**To:** Shari J. Krieger <SJKrieger@TarrantCounty.com>
**Subject:** Reporter's record

Jerry J. Jarzombek
The Law Office of Jerry Jarzombek, PLLC
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
817-348-8325
817-348-8328 facsimile
jerryjj@airmail.net



**BOARD CERTIFIED**
Texas Board of Legal Specialization
CONSUMER AND COMMERCIAL LAW

E-FILED
TARRANT COUNTY, TEXAS
11/8/2017 4:44 PM
MARY LOUISE GARCIA
COUNTY CLERK
BY: R. A.

CAUSE NO. 2017-001501-3

| | | |
|---|---|---|
| ALEX GARCIA, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| VS. | § | AT LAW NUMBER THREE |
| SCOTT'S BIG TRUCK SALES, | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## REQUEST FOR PREPARATION OF REPORTER'S RECORD

TO: THE COURT REPORTER OF THE COUNTY COURT AT LAW NUMBER THREE OF TARRANT COUNTY, TEXAS:

COMES NOW, SCOTT'S BIG TRUCK SALES, Defendant, and pursuant to Rules 34.6 and 35.3 of the Texas Rules of Appellate Procedure, requests the reporter of this Court prepare, certify, and file with the Second Court of Appeals (Fort Worth) a Reporter's Record containing all the testimony from the hearing on the Default Judgment, which was entered on May 8, 2017, and the exhibits entered into evidence; and the hearing on the Judgment Nunc Pro Tunc, which was entered on June 20, 2017, and the exhibits admitted into evidence.

**WHEREFORE**, SCOTT'S BIG TRUCK SALES, Defendant, requests that the Court Reporter of the Court prepare a Reporter's Record, include those documents requested by it, and thereafter file the Clerk's Record with the Court of Appeals for the Second District of Texas at Fort Worth, pursuant to TEX. R. APP. P. 35.1 and 35.3, and Defendant shall pay the cost of the preparation of the Reporter's Record.

Respectfully submitted,

*/s/ Jerry J. Jarzombek*
Jerry J. Jarzombek
Texas Bar No. 10589050
THE LAW OFFICE OF JERRY JARZOMBEK, PLLC
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
817-348-8325
817-348-8328 - Facsimile

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true copy of the Request for Clerk's Record has been electronically served on the following on this 8th day of November, 2017:

Matthew Chappell
617 Caroline Street
Houston, Texas 77002
email@mcattorney.net

*/s/ Jerry J. Jarzombek*
Jerry J. Jarzombek